———————————

No. 96-1725SI

———————————

United States of America,          *
                                   *
              Appellee,            *    Appeal from the United States
                                   *    District Court for the Southern
     v.                            *    District of Iowa.
                                   *
Oscar Solis Perales,               *            [UNPUBLISHED]
                                   *
              Appellant.           *

———————————

Submitted: September 10, 1996

Filed: September 16, 1996

———————————

Before FAGG, Circuit Judge, HENLEY, Senior Circuit Judge, and
      WOLLMAN, Circuit Judge.

———————————

PER CURIAM.

     Oscar Solis Perales appeals the district court's denial of Perales's
motion to suppress. Perales contends the police concocted a traffic stop
because they suspected Perales was engaged in drug-dealing activity.
Contrary to Perales's view, the record shows the police had probable cause
to believe Perales committed a traffic violation; thus, Perales's traffic-
based detention was constitutionally reasonable. Whren v. United States,
116 S. Ct. 1769, 1777 (1996). We also reject Perales's contention that
"the [traffic] stop was pretextual and therefore unconstitutional." Id.
at 1774. Having considered all of Perales's arguments, we affirm the
district court.

     A true copy.

          Attest:

               CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.